UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | Florence Immigrant and Refugee Rights Project , ; Kino Border Initiative , ; American Civil Liberties Union of Arizona , ; | **Defendant**(s): | United States Department of Homeland Security , ; United States Customs and Border Protection , ; |

County of Residence: Pima

County of Residence: Pima

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

Defendant's Atty(s):

**Rocio Castaneda Acosta ,**
Florence Immigrant and Refugee Rights Project
P.O. Box 86299
Tucson, Arizona  85754
(520) 934-7410

,

**Laura Belous ,**
Florence Immigrant and Refugee Rights Project
P.O. Box 86299
Tucson, Arizona  85754
(520) 934-7257

,

**Christine Wee ,**
American Civil Liberties Union of Arizona
2712 N. 7th Street
Tucson, Arizona  85006
(602) 650-1854

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

<u>II. Basis of Jurisdiction</u>: 2. U.S. Government Defendant

<u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)**

Plaintiff:- N/A

Defendant:- N/A

<u>IV. Origin</u> : 1. Original Proceeding
<u>V. Nature of Suit</u>: 895 Freedom of Information Act

<u>VI.Cause of Action</u>: 5 U.S.C. sec. 552 (Freedom of Information Act)

<u>VII. Requested in Complaint</u>

Class Action: No

Dollar Demand:

Jury Demand: **No**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>Rocio Castaneda Acosta</u>

  **Date:** <u>08/22/2024</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014