# Exh. 1

  

U.S. Customs and Border Protection
Freedom of Information Act Office
90 K ST NE Mail Stop 1181,
Washington DC 20229
*Filed Electronically Via SecureRelease Portal*

May 23, 2024

**RE: FOIA Records Request Pertaining to S▇▇ V▇▇ G▇ G▇**

Dear FOIA Officer:

This Freedom of Information Act ("FOIA") Request is made on behalf of our client, N▇[1] J▇ G▇ G▇ ("Nanci"), as the mother of S▇ V▇ G▇ G▇ ("S▇"). S▇ is an infant who died shortly after N▇ and S▇ were apprehended by U.S. Customs and Border Protection near Nogales, Arizona.[2] The undersigned organizations, the Florence Immigrant & Refugee Rights Project ("Florence Project"), the Kino Border Initiative ("KBI"), and American Civil Liberties Union of Arizona ("ACLU of Arizona") also file this request in their organizational capacities. Nanci, Florence Project, KBI, and ACLU of Arizona will collectively be referred to as the Requestors.

### I. Procedural History: This is Requestors' Third FOIA Request

This is the third FOIA request filed by Requestors seeking records in possession of U.S. Customs and Border Protection ("CBP") regarding CBP's records of S▇ and N▇. CBP denied prior requests filed on February 8, 2024—one for all records and one for the

---

[1] N▇'s name appears as N▇ G▇ G▇ on her apprehension records with alien registration number A▇.
[2] U.S. Customs and Border Protection, "Infant dies after mother apprehended by Border Patrol Agents in Nogales, Arizona," (Sept. 29, 2023), https://www.cbp.gov/newsroom/speeches-and-statements/infant-dies-after-mother-apprehended-border-patrol-agents-nogales.

death investigation report— as either duplicative or because the investigation of S███'s death was pending. Three months have passed since February 14, 2024 when CBP claimed it could not release any records due to a pending investigation. Requestors, now file a third FOIA request seeking all records in CBP's possession regarding N███ and S███, including S███'s apprehension, custody, death, and subsequent, investigation by any oversight agency, including CBP's Office of Professional Responsibility ("OPR").

Of note, Requestors have strong reasons to believe that CBP's internal investigation is over. First, the Tucson Sentinel reported on October 2, 2023 that "T[t]he infant's death was investigated by the CBP's Office of Professional Responsibility, as part of the agency's protocol."[3] The only pending item that the CBP spokesman mentioned via the Tucson Sentinel's article was the pending autopsy by the Pima County Medical Examiner's office.[4] S███'s autopsy was completed on December 6, 2023. The Florence Project[5] has had communications via email and phone with CBP and CBP OPR officials who have claimed that this report can only be requested via the instant FOIA. In the event that the investigation is pending, we request that CBP severe and release the records not connected to the investigation pursuant to 5 U.S.C. § 552.

## II. Background

S███ V███ G███ G███ ("S███"), an infant, passed away in CBP custody on September 23, 2023 in the Tucson Sector in Arizona.[6] S███ and her mother, N███ J███ G███ G███ ("N███"), were encountered in the early morning hours of September 23, 2023, crossing on foot a few miles away from the Nogales Border Patrol Station in Arizona. When CBP agents detained N███ and S███ and placed them both in a CBP transport vehicle, N███ was visibly upset and crying. She attempted to tell the agent that the baby was in medical distress, but he did not stop to observe them or attempt to speak with her himself or via a phone call with a qualified interpreter. While *en route*, the agent stopped the truck twice when N███ tried to communicate with him in Spanish, but again claimed that he was again unable to understand her. When they arrived at the CBP facility, N███ spoke with CBP staff and medical personnel. The baby showed signs of labored breathing. Medical staff worked to resuscitate S███ without success. They

---

[3] Paul Ingram, Tucson Sentinel, Feds release new details about death of baby girl at Nogales Border Patrol station, (Oct. 2, 2023), https://www.tucsonsentinel.com/local/report/100223_infant_dies_nogales/feds-release-new-details-death-baby-girl-nogales-border-patrol-station/.
[4] Id.
[5] See Exh. 2, Email Correspondence with CBP Press Officer.
[6] U.S. Customs and Border Protection, "Infant dies after mother apprehended by Border Patrol Agents in Nogales, Arizona," (Sept. 29, 2023), https://www.cbp.gov/newsroom/speeches-and-statements/infant-dies-after-mother-apprehended-border-patrol-agents-nogales.

called an ambulance and S▮▮▮ and N▮▮▮ were transported to a local hospital. S▮▮▮ was later pronounced dead at the hospital, about two hours after she and her mother entered the U.S.

### III. The Requestors Are Immediate Family of the Deceased and Local Non-Profit Organizations That Provide Legal Services, Social Services, and Advocacy Work to Migrants

N▮▮▮, as the mother of S▮▮▮, has a significant interest in obtaining public records related to her daughter's untimely death in CBP custody.

The Florence Immigrant & Refugee Rights Project (Florence Project) is a 501(c)(3) non-profit organization that provides free legal and social services to the thousands of adults and children detained in immigration custody in Arizona on any given day. The Florence Project was founded in 1989 to provide free legal services in a remote immigration detention center in Florence, Arizona where people detained had no meaningful access to counsel. We have expanded significantly since that time and now provide free legal and social services to adults and unaccompanied children facing removal throughout Arizona. Additionally, in 2017, we partnered with the Kino Border Initiative ("KBI"), a binational organization, to provide legal services to asylum seekers at the U.S.-Mexico border. Through that partnership, the Florence Project's Border Action Team now provides regular group and individual legal orientations and representation to asylum seekers in Nogales, Sonora, just across the border from the Port of Entry into Nogales, Arizona. As the only 501(c)(3) non-profit organization in Arizona dedicated to providing free legal and social services to people in immigration detention, our vision is to ensure that every person facing removal proceedings has access to counsel, understands their rights under the law, and is treated fairly and humanely.

The Kino Border Initiative (KBI) is a binational, Catholic organization, locally rooted in Ambos Nogales on the Mexico - US border. Our mission is to promote humane, just, and workable migration through: direct humanitarian assistance and holistic accompaniment of migrants, education and encounter to awaken solidarity with migrants, and policy advocacy in Mexico and the US.

The ACLU of Arizona is a statewide nonprofit, nonpartisan organization and a state affiliate of the national ACLU dedicated to advancing equity and dismantling injustice by taking legal action, influencing policy, and mobilizing our communities to protect the civil rights, liberties, and dignity of all. The ACLU of Arizona is also dedicated to protecting the principles of liberty and equality embodied in the Constitution and to ensuring the rights of all, including the rights of immigrants, are protected.

## IV. The Requestors Ask for the Following Information Related to S█████'s Death

In this request, the term "records" includes, but is not limited to, all records or communications preserved in electronic or written form, including but not limited to correspondence, documents, data, videotapes, audio tapes, photographs, faxes, files, guidance, guidelines, evaluations, instructions, analyses, memoranda, agreements, notes, orders, policies, procedures, protocols, reports, rules, technical manuals, technical specifications, training manuals, studies, or any other document and communication.

Pursuant to the FOIA, 5 U.S.C. § 552 *seq et*, and 5 U.S.C. § 552a *et seq.*, we are writing to request copies of **any and all records within the possession of CBP** including but not limited to:

1. Any and all records within the possession of CBP of investigations, inspections, audits, and reports pertaining to the deceased: "S████ G████ G████" or "S████ G████-G████" or "S████ G████" (hereinto "S████"); and the mother: "N████ G████ G████" or "N████ G████ G████" or "N████ G████" (hereinto "Nanci") or "A████████," from September 23, 2023 to the present. This includes but is not limited to:

    a) Any and all documents, logs, case notes, database entries, and forms that make any reference to S████, or are in her case file.

    b) Any and all records of investigations, inspections, audits, and incident reports pertaining to S████ within the possession of CBP beginning from September 23, 2023 when she was found by CBP through the present.

    c) Any and all internal or external investigations, inspections, reports, audits, notes, and communications pertaining to the death and surrounding circumstances of S████ within the possession of CBP. This includes but not limited to, any report by the CBP's Office of Professional Responsibility (OPR) and

        i. Any documents reviewed by OPR in conducting the investigation, any interview notes of statements by persons involved, and names of CBP medical personnel involved.

    d) Any and all medical and mental health records, reports, notes, forms, complaints, incident reports, supplementary reports, witness statements, daily activity logs, incident detail reports, media requests and responses to media requests, and video and audio recordings.

e) Any and all records pertaining to S▮▮▮▮'s detention, including but not limited to:

    i. Any and all medical and mental health screenings and assessments.
    ii. Any and all records pertaining to any investigations of the circumstances surrounding S▮▮▮ G▮▮▮ G▮▮▮'s detention and death that are being conducted by CBP's Office of Professional Responsibility, or any other U.S. Department of Homeland Security ("DHS") entity or any other government entity.
    iii. Any and all communications, memorandums, and media pertaining to S▮▮▮ and N▮▮▮ within the possession of CBP from September 23, 2023 to present, including but not limited to:

- Any and all email exchanges, text messages, slack, snapchat, voicemail, and all other electronic communications.
- Any and all media requests, responses to media requests, notes, reports, and database entries.
- Any and all video and audio.

2. Any and all requests for records within possession of CBP that pertain to Scarlett and N▮▮▮, including N▮▮▮ G▮▮▮ G▮▮▮, A▮▮▮▮▮▮▮ generated from September 23, 2023 to the present, including but not limited to:

    a) Any and all documents or copies that were generated by CBP, including but not limited to:

        i. Any medical records.
        ii. Any incident reports.
        iii. Any investigations reports.
        iv. Any Form 1-213, Record of Deportable/Inadmissible Alien Form.
        v. Any photographs.
        vi. Any printouts from the Central Index System (CIS), ENFORCE and the FBI NCIC database.

    b) A complete copy of the government's file for S▮▮▮ G▮▮▮ G▮▮▮ (A number unknown) and her mother N▮▮▮ G▮▮▮ G▮▮▮ (N▮▮ G▮▮▮, A▮▮▮▮▮▮).

c) Any other reports or memoranda pertaining to the death or detention of S████.

Please note that this request is ongoing and encompasses any new materials generated by your office that fall within the ambit of this request. If CBP does not have custody over certain requested and responsive records but knows of another department, agency, private entity, or another subject to the FOIA that does, such as DHS, please forward this FOIA request to the appropriate person and inform us that you have done so.

V. **Because of the Time-Sensitive Nature of this Request, the Public Interest In Shedding Lights on Deaths in CBP Custody and the Family's Immediate Need for Accurate Information, We Ask for Expedited Processing.**

As the mother and next-of-kin of S████, N████ urgently needs the requested records so that she can understand how and why her daughter died. She also needs the report so that she can consult with medical and legal professionals and determine whether she has a viable claim for legal action to recover losses after her daughter's death while in CBP custody. There is no other avenue to recover these records other than the instant FOIA request: undersigned counsel confirmed with CBP's press officer on October 17, 2023 that the report is not available publicly and that the only way to obtain it is via a FOIA request.[7]

The Federal Tort Claims Act, the avenue through which N████ could file a claim against the government for liability, has a two-year statute of limitations. 28 U.S. Code § 2401. Without expedited processing, N████ will likely not have the opportunity to assess the viability of any potential claim until after the statute of limitations has run. Therefore, she requests expedited processing of this request because the delay substantially interferes with her due process right to her daughter's records, her ability to have them reviewed by medical and legal professionals, and her right to pursue recovery for damages if appropriate.

The undersigned legal services organizations request expedited processing so that we can understand the events surrounding S████'s death and better advocate for the immigrant communities that we serve. We are particularly concerned about the role that language access and the agent's disregard for observing visible signs of distress may have played in S████'s death. Per CBP's public statement, the apprehending agent was unable to understand N████ and take S████ directly to the hospital. We would like to obtain the requested information as soon as possible to engage in educational and advocacy efforts to prevent further tragedies like this one from occurring.

---

[7] Exh. 2, Email Correspondence with CBP Press Officer.

VI. **Because N▇ is an Indigent 17-year-old student and the Requesting Organizations are Non-Profit Legal Services Providers, We Ask for a Fee Waiver.**

S▇ is deceased. A copy of her death certificate is annexed hereto at Exhibit 3. Please also find annexed an executed release by her mother, N▇ J. G▇ G▇ and her mother J▇ G▇ J▇ pursuant to 45 CFR §164.500-534. N▇ is a 17-year-old student who is not employed. Each of the requesting organizations is a 501(c)(3) non-profit entity that engages in advocacy and public education efforts.

Please send the requested records in electronic format to:

Rocío Castañeda Acosta
Florence Immigrant & Refugee Rights Project
PO Box 86299
Tucson, AZ 85754
rcastaneda@firrp.org

If you deny any or all of this request, please cite each specific exemption that justifies the withholding and notify me of the appeal procedures available under the law. I request that each withheld document be particularly identified and that sufficient information is provided to understand the reasoning for the withholding. You have a statutory duty to produce "[a]ny reasonably segregable portion of a record after deletion of the portions which are exempt." *See* 5 U.S.C. §552(b). Consequently, withholding entire documents because they contain some exempt material would contravene federal law. *See Mead Data Cent., Inc. v. U.S. Dep't of Air Force*, 566 F.2d 242, 260 (D.C. Cir. 1977) ("The focus of the FOIA is information, not documents, and an agency cannot justify withholding an entire document simply by showing that it contains some exempt material.").

Sincerely,

*Rocío Castañeda*

Rocío Castañeda Acosta
Advocacy Attorney
rcastaneda@firrp.org
Tel. 520-934-7410
P.O. Box 86299
Tucson, AZ 85754

Exhibits attached to support this request:

1. U.S. Customs and Border Protection, "Infant dies after mother apprehended by Border Patrol Agents in Nogales, Arizona," (Sept. 29, 2023), also available at https://www.cbp.gov/newsroom/speeches-and-statements/infant-dies-after-mother-apprehended-border-patrol-agents-nogales
2. Email Correspondence with CBP Press Officer
3. Death Certificate of S█████ V. G████ G███
4. Attestation of Next of Kin signed by N███ J. G████ G███ and her mother, J████ G████ J█████
5. Birth Certificate of N███ J. G████ G███, with English translation
6. Birth Certificate of J████ G████ J█████, with English translation
7. Form G-28 signed by N███ J. G████ G███
8. "Feds release new detailed about death of baby girl at Nogales Border Patrol station", Tucson Sentinel (Oct. 2, 2023), also available at https://www.tucsonsentinel.com/local/report/100223_infant_dies_nogales/feds-release-new-details-death-baby-girl-nogales-border-patrol-station



strong reasons to believe that CBP's internal investigation is over. First, the Tucson Sentinel reported on October 2, 2023 that "T[t]he infant's death was investigated by the CBP's Office of Professional Responsibility, as part of the agency's protocol." The only pending item that the CBP spokesman mentioned via the Tucson Sentinel's article was the pending autopsy by the Pima County Medical Examiner's office. S███'s autopsy was completed on December 6, 2023. The Florence Project has had communications via email and phone with CBP and CBP OPR officials who have claimed that this report can only be requested via the instant FOIA. In the event that the investigation is pending, we request that CBP severe and release the records not connected to the investigation pursuant to 5 U.S.C. § 552. See attached cover letter for description of records requested.

government for liability, has a two-year statute of limitations. 28 Code § 2401. Without expedited processing, N███ will likely not have the opportunity to assess the viability of any potential claim until after the statute of limitations has run. Therefore, she requests expedited processing of this request because the delay substantially interferes with her due process right to her daughter's records, her ability to have them reviewed by medical and legal professionals, and her right to pursue recovery for damages if appropriate. The undersigned legal services organizations request expedited processing so that we can understand the events surrounding S███'s death and better advocate for the immigrant communities that we serve. We are particularly concerned about the role that language access and the agent's disregard for observing visible signs of distress may have played in S███'s death. Per CBP's public statement, the apprehending agent was unable to understand N███ and take S███ directly to the hospital. We would like to obtain the requested information as soon as possible to engage in educational and advocacy efforts to prevent further tragedies like this one from occurring. See attached cover letter and exhibits.

|  |  |
|---|---|
| **Agency:** | Department of Homeland Security |
| **Component:** | U.S. Customs & Border Protection |
| **Processing Track:** | Complex |
| **Request Type:** | FOIA |
| **Submitted Date:** | 05/23/2024 |
| **Request Status:** | Searching for Records |
| **Identity Verification Status:** | Not Requested by Agency |

**Files uploaded by user**

| File Name | Attachment Type |
|---|---|
| 00_CBP FOIA Cover Letter.pdf | General Documentation |
| 1_CBP Press Release re Infant Death.pdf | General Documentation |
| 2_CBP email re FOIA OPR report (1).pdf | Expedition Request Documentation |
| 4_Attestation signed by N███ and J███ (1).pdf | Certificate of ID |
| 5.1_Birth Certificate N███ Translation (1).pdf | Certificate of ID |



# Exh. 2

# CBP FOIA - CBP-FO-2024-113309

cbpfoia@cbp.dhs.gov <noreply@securerelease.us>
Fri 5/24/2024 2:19 PM
To:Advocacy at FIRRP <advocacy@firrp.org>

> **CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Rocio
 Castaneda
Florence Immigrant and Refugee Rights Project
PO Box 86299
Tucson, Arizona 85754

05/24/2024

CBP-FO-2024-113309

Dear Rocio Castaneda:

This notice acknowledges receipt of your Freedom of Information Act (FOIA) request
 to U.S. Customs and Border Protection (CBP) received on 5/23/2024. Please use the following unique FOIA tracking number CBP-FO-2024-113309 to track the status of your request. If you have not already done so, you must create a SecureRelease account. This is
 the only method available to check the status of your pending FOIA request.

Provisions of the Act allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS FOIA regulations outlined
 on the DHS website, https://www.federalregister.gov/documents/2016/11/22/2016-28095/freedom-of-information-act-regulations.
 By submitting your request, you have agreed to pay up to $25.00 in applicable processing fees, if any fees associated with your request exceed this amount, CBP shall contact you.

Due to the increasing number of FOIA requests received by this office,
 we may encounter some delay in processing your request. Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt. Although CBP's goal is to respond within 20 business days of receipt
 of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c).

CBP's FOIA Division is working hard to reduce the amount of time necessary to respond to FOIA requests. We truly
 appreciate your continued patience.

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit
 http://www.cbp.gov/site-policy-notices/foia.

Please
 note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection

# Exh. 3

# CBP FOIA - CBP-FO-2024-113309

**cbpfoia@cbp.dhs.gov <noreply@securerelease.us>**
Thu 6/6/2024 1:26 PM
To:Advocacy at FIRRP <advocacy@firrp.org>

> **CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Rocio
 Castaneda
Florence Immigrant and Refugee Rights Project
PO Box 86299
Tucson, Arizona 85754

06/06/2024

CBP-FO-2024-113309

Dear Rocio Castaneda,

This is just a short note to inform you of the status of your request. Please
 see the bullets checked below for information regarding your request to U.S. Customs and Border Protection (CBP):

[X] We are still conducting searches for records which may be responsive to your request.

[X] The custodians most likely to hold
 your records have been identified and your request has been tasked for search. Once the volume of documents has been determined, we may reach out to better target your request so we may process it in the most efficient and expeditious manner possible.

[
 ] Records responsive to your request have been identified and we are currently conducting our review. You will be notified when your records are ready for release.

[ ] We would like to update you that your request has moved to the next stage in processing
 and records are currently being reviewed by our component offices. We anticipate that the records will be ready for release shortly. You will be notified via email when your records are available for viewing.

Although CBP is working hard to reduce
 our backlog, if your request included a search for emails, please be advised that requests of this type are typically taking 12 to 24 months to process. Thank you for your patience while we continue to work on reducing our backlog.

If you wish to discuss
 your request in more detail, or at any time you wish to withdraw your request, please call our Public Liaison at 202-325-0150 and reference your request number.

Please note that this message has been sent from an unmonitored e-mail account. Any messages
 sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection